CITY BANK FARMERS TRUST COMPANY, as Trustee under a Trust Agreement Dated July 15, 1931, Made by MARIE KATHRYN NEARY, Respondent, v. MARIE KATHRYN NEARY, Respondent; WILLIAM G. ROSS, Guardian ad Litem for the Infant Defendants ROBERT F. ALEXANDER, JR., JAMES P. NEARY, JR., and MARY KATHERINE NEARY, and for Such of the Other Defendants as Are Infants or Incom-

petent Persons and Unknown, Appellants; FLORENCE ALEXANDER and Others, Defendants.— Action for the judicial settlement of the account of a trustee under an *inter vivos* trust agreement and for a construction of the agreement. Appeal from interlocutory judgment dismissed, without costs, on the ground that the wards of the guardian *ad litem* are not parties aggrieved, and on the merits. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.